Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric Bowers, an individual, <br><br> Plaintiff, <br><br> v. <br><br> BCG Attorney Search, Inc., a Nevada corporation; and DOES 1-10, <br><br> Defendants. | Case No. <br><br> **COMPLAINT FOR COPYRIGHT INFRINGEMENT** <br><br> <u>Jury Trial Demanded</u> |

Plaintiff Eric Bowers, through counsel, hereby prays to this honorable Court for relief based on the following:

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq*.

2. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a)-(b).

3. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) because this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4. Eric Bowers is a professional photographer residing in Kansas City, KS.

5. Upon information and belief, Defendant BCG Attorney Search, Inc. is a Nevada corporation with its principal place of business located at 20 S. Altadena Dr., Suite 102, Pasadena, CA 91107. Defendant owns, operates, and/or controls the commercial website bcgsearch.com and its related/affiliated subdomains, mobile websites, and applications (collectively, "Defendants' Website").

6. Upon information and belief, Plaintiff alleges that Defendants DOES 1-10 ("DOE Defendants") (collective with Defendant BCG, "Defendants") are other parties not yet identified who have infringed Plaintiff's copyrights. The true names, whether corporate, individual, or otherwise, of DOE Defendants are presently unknown to Plaintiff, who therefore sues said DOE Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when the same have been ascertained.

7. Upon information and belief, Plaintiff alleges that each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants, and was at all times acting within the scope of such agency, affiliation, alter-ego relationship, and/or employment; and actively participated in, subsequently ratified, and/or adopted each of the acts or conduct alleged, with full knowledge of each violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## DEFENDANTS' UNAUTHORIZED EXPLOITATION OF THE SUBJECT PHOTOGRAPHS

8. Plaintiff took and owns five original photographs registered with the U.S. Copyright Office (the "Subject Photographs").

9. Following the publication and display of the Subject Photographs, Defendants, and each of them, stored, distributed, displayed, and/or otherwise used near-verbatim copies of the Subject Photographs for commercial purposes on Defendants' Website without Plaintiff's permission (the "Accused Posts"):





10. In March 2024, Bowers sent Defendant BCG correspondence demanding that it cease-and-desist its unauthorized exploitation of the Subject Photographs and requesting information needed to explore an amicable resolution without or before resorting to litigation. Defendant BCG did not provide the same, necessitating this action.

11. As of this filing, the Accused Posts are still displayed on Defendants' Website.

## FIRST CLAIM FOR RELIEF

### (For Copyright Infringement – Against All Defendants, and Each)

12. Plaintiff incorporates by reference the preceding paragraphs of this Complaint.

13. Upon information and belief, Defendants, and each of them, accessed the Subject Photographs through Plaintiff's website and/or social media accounts; viewing the Subject Photographs on third-party websites or Internet search engines,

including voytaslaw.com; and/or because the Accused Posts are essentially verbatim copies of, and thus strikingly similar to, the Subject Photographs.

14. Upon information and belief, Defendants, and each of them, stored, distributed, displayed, and/or otherwise used the Subject Photographs for commercial purposes on Defendants' Website without Plaintiff's permission.

15. Due to Defendants' acts of copyright infringement, Plaintiff has suffered damages in an amount to be established at trial.

16. Due to Defendants' acts of copyright infringement, Defendants have obtained profits they would not have realized but for their infringement. As such, Plaintiff is entitled to disgorgement of Defendants' profits attributable to their infringement in an amount to be established at trial.

17. Upon information and belief, Defendants committed copyright infringement with actual or constructive knowledge of, or with reckless disregard or willful blindness for, Plaintiff's rights, such that their acts of copyright infringement were willful.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

a. That Defendants, each of them, their respective agents, and anyone working in concert with Defendants and/or their agents, be enjoined from using the Subject Photographs in any manner that infringes Plaintiff's copyrights therein;

b. That Plaintiff be awarded all Defendants' profits, plus all Plaintiff's losses, attributable to Defendants' infringement, the exact sum to be proven at trial; or alternatively, if elected, statutory damages as available under 17 U.S.C. § 504;

c. That Plaintiff be awarded its fees under 17 U.S.C. § 505;

d. That Plaintiff be awarded its recoverable costs;

e. That Plaintiff be awarded interest as prescribed by statute; and

f. That Plaintiff be awarded such further relief as this Court finds proper.

## JURY DEMAND

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Dated: May 10, 2024                  DONIGER / BURROUGHS

By: */s/ Stephen M. Doniger*
Stephen M. Doniger, Esq.
Benjamin F. Tookey, Esq.
*Attorneys for Plaintiff*