JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BOWERS,<br><br>Plaintiff,<br><br>v.<br><br>BCG ATTORNEY SEARCH, INC., et al.,<br><br>Defendants. | Case No.: 2:24-cv-03944-HDV-MAA<br>*Hon. Hernán D. Vera Presiding*<br><br>[~~PROPOSED~~] JUDGMENT |

IT IS HEREBY ORDERED THAT:

1. Judgment is hereby entered against Defendant BCG Attorney Search, Inc. for copyright infringement;
2. Defendant BCG Attorney Search, Inc. shall pay Plaintiff Eric Bowers $150,000.00 in damages, with interest as prescribed by statute; and
3. Defendant BCG Attorney Search, Inc. shall pay Plaintiff Eric Bowers $6,600.00 in attorney's fees and $500.00 in costs.

SO ORDERED.

Date  March 3 , 2025        By: _____
                                Hon. Hernán D. Vera
                                United States District Judge